**Order entered September 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00615-CV

### DASPIT LAW FIRM, PLLC, Appellant

### V.

### ERIC HERMAN AND LAW OFFICES OF ANJEL K. AVANT, PLLC
### D/B/A AVANT LAW FIRM, Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01463-C**

## ORDER

Appellant's brief in this accelerated appeal has not been filed pending the filing of a requested supplemental clerk's record. The supplemental clerk's record has now been filed. Accordingly, we **ORDER** appellant's brief be filed no later than October 14, 2019.

/s/ ERIN A. NOWELL
JUSTICE